IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

KENDRICK R. MARTIN, )
)
       Plaintiff, )
)
    v. )      CV 117-127
)
SCOTT WILKES, Head Warden; ANTONIO )
ROSS, Sergeant over CERT; and SERENA )
CHANCE, Lieutenant, )
)
       Defendants. )

_____

**O R D E R**

_____

Plaintiff, an inmate at Augusta State Medical Prison in Grovetown, Georgia, commenced the above-captioned case pursuant to 42 U.S.C. § 1983. Before the Court are Plaintiff's motions to compel. (Doc. nos. 48, 50, 51.) Because defense counsel certified Defendants provided responses and objections to Plaintiff's requests for production and interrogatories, the Court ordered Plaintiff to file a reply indicating whether his discovery concerns were satisfied. (Doc. no. 54.) Plaintiff has now responded, asking the Court to grant his motions to compel because Defendants' responses were not made within thirty days of service of his interrogatories and requests for production and because he "is not satisfied with the responses." (Doc. no. 56.)

The Court cannot compel Defendant to produce documents they have already produced, even if they are produced outside the thirty-day time frame provided by the rules. Moreover, to the extent Plaintiff complains Defendants' responses are insufficient, he does

not identify which responses are insufficient or how.  See Loc. R. 26.5(b) (discovery motions must "include the specific ground for the motion or objection ").  Therefore, the Court **DENIES AS MOOT** Plaintiff's motions to compel.  (Doc. nos. 48, 50, 51.)  Should Plaintiff find a discovery response deficient in any particular regard, he may, after conferring in good faith with defense counsel, file another motion to compel.

SO ORDERED this 18th day of July, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA