IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

KENDRICK R. MARTIN,           )
                              )
         Plaintiff,           )
                              )
    v.                        )        CV 117-127
                              )
ANTONIO ROSS, Sergeant over CERT,  )
                              )
         Defendant.           )
                         _____

**O R D E R**
                         _____

Before the Court is Plaintiff's second motion for a full and complete copy of all

documents filed in this case. (Doc. no. 90.) As explained in the Court's June 28, 2019 Order,

Plaintiff is not entitled to free copies of legal documents. (Doc. no. 81); Wanninger v.

Davenport, 697 F.2d 992, 994 (11th Cir. 1983) ("A prisoner's right of access to the court

does not include the right of free unlimited access to a photocopying machine . . . ."); see

also Jackson v. Florida Dep't of Fin. Servs., 479 F. App'x 289, 292-93 (11th Cir. 2012)

("This Court has never held that a prisoner's right of access to the courts entitles a prisoner-

plaintiff, even one proceeding *in forma pauperis*, to free copies of court documents,

including his own pleadings."). Thus, the Court **DENIES** Plaintiff's motion.

SO ORDERED this 13th day of September, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA