IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KENDRICK R. MARTIN, | * | |
| Plaintiff, | * | |
| v. | * | CV 117-127 |
| ANTONIO ROSS, Sergeant over Cert., | * | |
| Defendant. | * | |

## ORDER

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 101.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the case be **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this action. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of April, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA